# ELECTRONIC RECORD

459-15

COA # 06-14-00106-CR          OFFENSE: 2

STYLE: Kadeem Brackins Ray v. The State of Texas          COUNTY: Gregg

COA DISPOSITION: Affirmed          TRIAL COURT: 124th District Court

DATE: 3/26/15          Publish: No    TC CASE #: 42177-B

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Kadeem Brackins Ray v. The State of Texas          CCA #: 459-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 06/03/2015          SIGNED: _____ PC: _____

JUDGE: _____          PUBLISH: _____ DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**